Andrea D. McGary, SBN 215703
THE McGARY FIRM
Attorneys At Law
505 Montgomery Street, 11th FL
San Francisco, CA 94111
Telephone: (415) 874-3500
Facsimile: (877) 243-9183

Attorneys for Plaintiffs
BO PITSKER
VERA KOPILENKO
BEATRICE KOPILENKO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BO PITSKER, an individual, VERA KOPILENKO, an individual and BEATRICE KOPILENKO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CRUISE JOURNEYS & TOURS, INC. a corporation individually and *dba* CRUISE VACATION OUTLET *aka* CRUISE VACATION EXPERTS *aka* OCEANIA CRUISE OUTLET *aka* THE CRUISE PROFESSIONALS; and DOES 1 to 100, inclusive;<br><br>Defendants. | Case No. 18-cv-06634-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED<br><br>San Francisco Superior Court Case No. CGC-18-569793<br><br>Filing SF Superior: September 17, 2018<br>USND Cal Removal: October 31, 2018<br>Trial Date: TBA |

STIPULATION & ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Plaintiff Bo Pitsker, Plaintiff Vera Kopilenko, Plaintiff Beatrice Kopilenko and Defendant Cruise Journeys & Tours, Inc. hereby jointly stipulate and request through their attorneys of record that the Court continue the *Initial Case Management Conference* currently scheduled for February 12, 2019 until March 12, 2019.

Good cause exists for the continuance in that:

1. Pursuant to this Court's October 31, 2018 *Order Setting Initial Case Management Conference And ADR Deadlines*, the above captioned matter was originally calendared for *Initial Case Management Conference* ("CMC") to commence on January 29, 2019 (3:00 pm) [Docket No. 3].

2. On January 28, 2019, the Court *sua sponte* continued the CMC to February 12, 2019 (10:00 am) with the parties' *Joint Case Management Statement* due on or before February 5, 2019 [Docket No 26].

3. After the parties timely filed their February 5, 2019 *Joint Case Management Statement And Proposed Order* [Docket No. 35], on February 6, 2019, Plaintiff's counsel was alerted to a scheduling conflict with the Court's ordered February 12, 2019 CMC date and for which neither local coverage counsel or nor out of state coverage arbitrator is available on shortened notice.

4. The parties have worked collaboratively to choose an alternate date from the Court's CMC calendar. Both Defendant's Counsel Randall S. Farrimond, Esq. and Plaintiffs' counsel Andrea D. McGary, Esq. are available on March 12, 2019. Stephen Ybarra, Clerk to the Honorable Elizabeth LaPorte, has verified the Court's calendar availability for the proposed March 12, 2019 date.

Pursuant to stipulation, the parties respectfully request that the *Initial Case Management Conference* in this matter be continued until March 12, 2009 in order to allow all parties to timely appear.

IT IS SO STIPULATED.

///

///

| | |
|---|---|
| Dated: February 6, 2019 | FARRIMOND LAW OFFICES, a Prof. Corp. |
| | By:/s/ *Randall S. Farrimond* |
| | Randall S. Farrimond |
| | Attorneys for Defendant<br>CRUISE JOURNEYS & TOUR'S INC. |
| Dated: February 6, 2019 | THE McGARY FIRM |
| | By: /s/ *Andrea D. McGary* |
| | Andrea D. McGary |
| | Attorneys for Plaintiffs<br>BO PITSKER<br>VERA KOPILENKO<br>BEATRICE KOPILENKO |
| | ***Via Electronic Transmission*** |

***ORDER***

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Initial Case Management Conference in the above captioned matter is continued to March 12, 2019, commencing at 10:30 A.M. By March 5, 2019, the parties Shall file a joint proposed case schedule.

**IT IS SO ORDERED**

Dated: February 6, 2019

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge