UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BO PITSKER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CRUISE JOURNEYS & TOURS, INC.,<br><br>        Defendant. | Case No. 18-cv-06634-JCS<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

After the parties notified the Court of a dispute as to whether they had entered an enforceable settlement, the Court stayed this case and referred it to the Honorable Thomas Hixson for a settlement conference. Judge Hixson reported on October 24, 2019 that the case settled in full. *See* dkt. 67. The case is therefore DISMISSED with prejudice, on the condition that any party may apply to reopen the case no later than December 30, 2019. All dates are vacated. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: October 29, 2019

JOSEPH C. SPERO
Chief Magistrate Judge